United States District Court of Michigan

Jim Williams
      Plaintiff, Pro se

vs.

Corizon, et. al., Defendants.

Case No. 21-12534
Hon. Mark A. Goldsmith
Mag. Patricia T. Morris

Motion for leave of the Court To File for Summary Judgment Rule 15(a) 19(a)

1)

    The Plaintiff in the above captioned matter is seeking permission for leave of this court to file for summary judgment pursuant to federal rule of civil procedure. This is not a successive motion for summary judgment but the deadline for filing motions for discovery expired on February 10, 2023 and likewise the deadline for summary judgment expired on March 10, 2023.

FILED
APR 07 2023
CLERK'S OFFICE
U.S. DISTRICT COURT

Respectfully Submitted
X Jim Williams #256142

Date 4-3-23

Jim Williams #256142
3100 Cooper St, J.C.S
Jackson, MI 49201

48226-279426

U.S. MARSHALS
Clerk's office
United States District Court
231 W. Lafayette Boulevard
Detroit, MI 48226

METROPLEX MI 480
4 APR 2023 PM 7 L



US POSTAGE PITNEY BOWES
ZIP 49201
02 4W
0000376359 APR 04 2023
$ 000.60