UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jim Williams,

                Plaintiff(s),

v.                                       Case No. 2:21–cv–12534–MAG–PTM
                                               Hon. Mark A. Goldsmith

Corizon, et al.,

                Defendant(s),

## NOTICE TO APPEAR REMOTELY

    PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Mark A. Goldsmith as follows:

- STATUS CONFERENCE:  January 26, 2026 at 10:00 AM

    The public may access the audio proceedings with the following connection information:

    ***PHONE NUMBER:***  +1 (646) 828–7666
    ***MEETING ID:***      161 299 4874

    Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: <u>s/Joseph Heacox</u>
                                                     Case Manager

Dated:   January 12, 2026